UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVIN MERTENS,

    Plaintiff,

v.

CITY OF SEATTLE, STATE OF WASHINGTON.

    Defendants.

No. C04-1476P

ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

  This matter comes before the Court on Plaintiff's Motion for Reconsideration. (Dkt. No. 50). The Court DENIES Plaintiff's Motion to reconsider the denial of default against the City of Seattle by the clerk of this Court. Under Fed. R. Civ. P. 55 a court clerk may enter default against a party, "when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend. . ." Here, Defendant City of Seattle has filed its Answer and defenses with this Court. (Dkt. No. 10). For this reason, it would be inappropriate to enter default against the City of Seattle at this time. Accordingly, the Court must DENY Plaintiff's Motion for Reconsideration.

  The Clerk is directed to send copies of this order to all counsel of record.

  Dated: September 7, 2005.

*[signature]*

Marsha J. Pechman
United States District Judge

ORDER - 1